| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NEW YORK | Address of Plaintiff:<br>3765 Saint-Kevin, Ste 9<br>Montreal, Quebec H3T 1H8<br>Canada |

9197-5904 Quebec, Inc.

                      **Plaintiff,**

Index No.:

JUDGMENT BY CONFESSION

against

NLG, LLC, a Delaware Limited Liability Company,

                      **Defendant.**

12101875

| | | |
|---|---|---|
| Amount Confessed | $5,000,000.00 | |
| Interest | $0.00 | $ 5,000,000.00 |
| Costs by Statute | $15.00 | |
| Transcript | | |
| Fees on Execution | | |
| Satisfaction | | |
| Filing Fee | $210.00 | $ 5,000,225.00 |

The undersigned, Attorney at Law of the State of New York, affirms that he is the attorney of record for the Plaintiff herein and states that the disbursements specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: February 16, 2012

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT $ 225.00

FEB 22 2012

Norman Goodman
CLERK

MARZEC LAW FIRM, PC

Darius A. Marzec, Esq.
Attorney for Plaintiff
225 Broadway, Suite 3000
New York, NY 10007
(212) 267-0200

FILED
FEB 22 2012
COUNTY CLERKS OFFICE
NEW YORK

EXHIBIT 1

SCANNED ON 2/24/2012

JUDGMENT entered the __22ⁿᵈ__ day of __February__, 20__12__

On the foregoing affidavit of Confession of Judgment made by the defendant herein, sworn to the on the 16th day of February 2012,

**NOW, ON MOTION OF MARZEC LAW FIRM, PC**, attorney for plaintiff, it is

**ADJUDGED that** 9197-5904 Quebec, Inc. Plaintiff, with the address of 3765 Saint-Kevin, Suite 9, Monteal, Quebec H3T 1H8, Canada, do recover of **NLG, LLC,*** Defendant, with the address of 6499 North Powerline Road, Suite 304, Fort Lauderdale, Florida 33309, the sum of $5,000,000.00 with interest of $0.00, making a total sum of $5,000,000.00 together with $225.00 costs and disbursements, as taxed by the clerk amounting in all to the sum of $5,000,225.00 and that the plaintiff have execution therefor.

_Norman Goodman_
CLERK

FILED
FEB 22 2012
COUNTY CLERK'S OFFICE
NEW YORK

\* Defendant's full name is:
NLG, LLC, a Delaware Limited Liability Company

**EXHIBIT 1**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 10187S/12

---

9197-5904 Quebec, Inc.,

                         **Plaintiff,**

against

NLG, LLC, A Delaware Limited Liability Company,

                         **Defendant.**

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

FILED
FEB 22 2012
COUNTY CLERK'S OFFICE
NEW YORK

---

STATE OF NEW YORK

COUNTY OF NEW YORK    ss.:

    Raymond Houle, being duly sworn, deposes and says; that deponent is the Manager and duly authorized agent of the defendant Limited Liability Company and is duly authorized to make this Affidavit on behalf of the LLC defendant herein.

    The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $5,000,000.00.

    Defendant's address is 6499 North Powerline Road, Suite 304, Fort Lauderdale, Florida 33309; Defendant authorizes entry of judgment in New York County, New York, if said residence address is not in New York State.

    This confession of judgment is for a debt justly due to the plaintiff arising from the following facts: Fraud and Abuse of Process.

    **This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed, subsequent to the time a default occurred in the payment of an installment thereunder.**

Sworn to before me this
16 day of February, 2012

_____
NOTARY PUBLIC

_____
9197-5904 Quebec, Inc. by Raymond Houle, Manager
MANAGER, NLG LLC

Darius A. Marzec
Notary Public State of New York
No. 02MA6186309
Qualified in Queens County
Commission Expires 04/28/2012

EXHIBIT 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 101875/12

---

9197-5904 Quebec, Inc.,

                      **Plaintiff,**

  against

NLG, LLC,

                      **Defendant.**

**AFFIDAVIT OF RAYMOND HOULE REGARDING FACTS SUPPORTING JUDGMENT**

---

STATE OF NEW YORK

COUNTY OF NEW YORK    ss.:

    Raymond Houle, being duly sworn, deposes and says; that deponent is the Manager and duly authorized agent of the defendant Limited Liability Company and is duly authorized to make this Affidavit on behalf of the LLC defendant herein.

    This confession of judgment is for a debt justly due to the plaintiff arising from the following facts: Defendant has consistently abused its legal position by filing frivolous litigation documents, affidavits, pleadings, and motions, in and without the state, misrepresenting the truth concerning key facts regarding the mode of operation, personnel, employees, corporate documents and status of defendant; Defendant has failed to abide by rules of court with respect to discovery, disclosures and subpoena power of the court and counsel, and has made litigation process difficult, wasteful, and expensive to adversary/ies. All actions of Defendant constitute abuse of process and fraud upon the court and parties involved, who were unduly damaged by such fraudulent conduct and abuse of process by Defendant. The conduct of Defendant was intentional and malicious and calculated to cause additional expense, delay and harassment to defendant's adversaries; such conduct was illegal, improper, unethical and unnecessary to the administration of justice and process in these matters, giving Plaintiff a cause of action.

**EXHIBIT 1**

*Raymond Houle*
RAYMOND HOULE

Sworn to before me on the 21 day of February, 2012.

*Notary Public*

Darius A. Marzec
Notary Public State of New York
No. 02MA6186309
Qualified in Queens County
Commission Expires 04/28/20 12

**FILED**
FEB 22 2012
COUNTY CLERK'S OFFICE
NEW YORK

**EXHIBIT 1**



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                              Index No.

9197-5904 Quebec, Inc.,

                          **Plaintiff,**

   against

NLG, LLC., A DELAWARE LIMITED LIABILITY COMPANY,

                          **Defendant.**

## JUDGMENT BY CONFESSION
## AFFIDAVIT OF JUDGMENT BY CONFESSION

**ATTORNEYS FOR PLAINTIFF**
Marzec Law Firm, P.C.
Darius A. Marzec, Esq.
225 Broadway, Suite 3000
New York, NY 10007
212-267-0200

**FILED AND DOCKETED**
FEB 2 2 2012
AT 10:25 A M
N.Y., CO. CLK'S OFFICE

## CERTIFICATION

Pursuant to Section 130-1.1, the following documents are hereby certified:

By: Darius A. Marzec, Esq.
MARZEC LAW FIRM PC
Attorneys for Plaintiff
225 Broadway, Ste. 3000
New York, NY 10007
(212) 267-0200



**EXHIBIT 1**