**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

9197-5904 Quebec, Inc.,
                Plaintiff,

-against-

NLG, LLC,
                Defendant.

16 cv 695 ( CM ) (JCF)

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ____May 16, 2016____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of ____Pennsylvania____; and that his/her contact information is as follows (please print):

Applicant's Name: ____Todd M. Mosser    PA ID #87534____

Firm Name: ____Mosser Legal____

Address: ____1500 JFK Boulevard, Suite 1723____

City / State / Zip: ____Philadelphia, PA 19102____

Telephone / Fax: ____215-567-1220; 215-864-7875____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for ____9197-5904 Quebec, Inc.____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

9197-5904 Quebec, Inc.,

                Plaintiff,

-against-

NLG, LLC,

                Defendant.

16 cv 695 ( CM ) (JCF)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Todd M. Mosser__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __9197-5904 Quebec, Inc.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 5/16/2016

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: __Todd M. Mosser   PA ID# 87534__

Firm Name: __Mosser Legal__

Address: __1500 JFK Boulevard, Suite 1723__

City / State / Zip: __Philadelphia, PA 19102__

Telephone / Fax: __215-567-1220/215-864-7875__

E-Mail: __todd@mosserlegal.com__

**EXHIBIT A**



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Todd Michael Mosser, Esq.*

**DATE OF ADMISSION**

*October 29, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 13, 2016

John W. Person Jr., Esq.
Deputy Prothonotary