**MOSSER LEGAL, PLLC**
Two Penn Center, Suite 1723
Philadelphia, PA 19102
215-567-1220 (phone)
215-864-7875 (fax)
www.mosserappeals.com
todd@mosserlegal.com

**June 22, 2016**

*VIA ECF*

Hon. Colleen McMahon

Chief United States District Judge,

United States District Court for the Southern District of New York

Re: *9197-5904 Quebec, Inc. v. NLG, LLC*

16 civ 695 (CM)(JCF)

Your Honor:

I submit this letter on behalf of "Plaintiff" ("Quebec") in response to Your Honor's Order for a letter with attachments that details the relevant underlying activity in the closed state court action that Defendant ("NLG") purported to remove to this Court.

On February 22, 2012, Quebec entered a judgment by confession against NLG in the Supreme Court of the State of New York, County of New York, at Index No. 101875/2012. *See*, Attachment 'A.'

On May 14, 2014, NLG filed a Request for Judicial Intervention, in which it sought to vacate the judgment by confession. *See*, Attachment 'B.'

On June 6, 2014, the state court denied this request, marking the order as a "final disposition." *See*, Attachment 'C.' No appeal was taken.

On June 17, 2014, Quebec assigned its judgment against NLG to Selective Advisors Group, LLC ("Selective"). *See*, Attachment 'D.'

On September 4, 2015, Selective filed a Satisfaction of Judgment in the state court action. *See*, Attachment 'E.'

Thereafter, NLG apparently again attempted to open the judgment. *See*, Attachment 'F' at date entry 11/16/15.

Continued to page 2

On December 21, 2015, the state court denied NLG's motion. *See,* Attachment 'G.' No appeal was taken. Instead, forty-one days later, NLG purported to "remove" the closed state court action to this Court.

The state court action had been concluded and disposed of long before NLG's purported "removal" of the matter. As Your Honor has observed, there was simply no underlying state court action to "remove" to this Court, and NLG's attempts to attack the underlying judgment should have been pursued through the state court appeals process. As such, dismissal of this matter with prejudice is warranted.

Quebec believes that the foregoing chronology of events makes clear that this matter should be dismissed. However, to the extent that the Court would deem it necessary, Quebec is prepared to provide a formal motion and brief that outlines the applicable legal concepts that should govern, and bar, NLG's purported removal of the underlying closed state court action.

Sincerely,

 /s/ Todd M. Mosser

Todd M. Mosser, Esquire

Cc:  James Roland Costo, Esquire via ECF and fax to 646-619-4144

# ATTACHMENT 'A'

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

**Address of Plaintiff:**
3765 Saint-Kevin, Ste 9
Montreal, Quebec H3T 1H8
Canada

9197-5904 Quebec, Inc.

**Plaintiff,**

Index No.:

**JUDGMENT BY**
**CONFESSION**

against

NLG, LLC, a Delaware Limited Liability Company,

**Defendant.**

1 2 1 0 1 8 7 5

| | | |
|---|---|---|
| Amount Confessed | $5,000,000.00 | |
| Interest | $0.00 | $ 5,000,000.00 |
| Costs by Statute | $15.00 | |
| Transcript | | |
| Fees on Execution | | |
| Satisfaction | | |
| Filing Fee | $210.00 | $ 5,000,225.00 |

The undersigned, Attorney at Law of the State of New York, affirms that he is the attorney of record for the Plaintiff herein and states that the disbursements specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: February 16, 2012

I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$ 225.00

FEB 22 2012

Norman Goodman
**CLERK**

**MARZEC LAW FIRM, PC**

Darius A. Marzec, Esq.
Attorney for Plaintiff
225 Broadway, Suite 3000
New York, NY 10007
(212) 267-0200

FILED

JUDGMENT entered the ___22nd___ day of _February_, 2012

On the foregoing affidavit of **Confession of Judgment** made by the defendant herein,

sworn to the on the 16th day of February 2012,

**NOW, ON MOTION OF MARZEC LAW FIRM, PC**, attorney for plaintiff, it is

**ADJUDGED that** 9197-5904 Quebec, Inc. Plaintiff, with the address of  3765 Saint-

Kevin, Suite 9, Monteal, Quebec H3T 1H8, Canada, do recover of **NLG**, LLC,* Defendant, with

the address of 6499 North Powerline Road, Suite 304, Fort Lauderdale, Florida 33309, the sum

of $5,000,000.00 with interest of $0.00, making a total sum of $5,000,000.00 together with

$225.00 costs and disbursements, as taxed by the clerk          amounting in all to the sum of

$5,000,225.00 and that the plaintiff have execution therefor.

_____
**CLERK**

Norman Goodman

FILED

FEB 22 2012

COUNTY CLERK'S OFFICE
NEW YORK

\* Defendant's full name is:
NLG, LLC, a Delaware Limited
Liability Company

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Index No. 101875/12

-----------------------------------------

9197-5904 Quebec, Inc.,

                                    **Plaintiff,**

        against

NLG, LLC, *A Delaware Limited Liability Company,*

                                    **Defendant.**

-----------------------------------------

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

**┌FILED**

FEB 22 2012

**COUNTY CLERK'S OFFICE NEW YORK**

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**        **ss.:**

Raymond Houle, being duly sworn, deposes and says; that deponent is the Manager and duly authorized agent of the defendant Limited Liability Company and is duly authorized to make this Affidavit on behalf of the LLC defendant herein.

The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $5,000,000.00.

Defendant's address is 6499 North Powerline Road, Suite 304, Fort Lauderdale, Florida 33309; Defendant authorizes entry of judgment in New York County, New York, if said residence address is not in New York State.

This confession of judgment is for a debt justly due to the plaintiff arising from the following facts: Fraud and Abuse of Process.

**This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed, subsequent to the time a default occurred in the payment of an installment thereunder.**

Sworn to before me this
_16_ day of _February_, 2012

............................................
9197-5904 Quebec, Inc. by Raymond Houle, Manager
MANAGER, NLG LLC

Darius A. Marzec
Notary Public State of New York



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Index No. ⟨10 875/12⟩

—————————————————————

9197-5904 Quebec, Inc.,

                    **Plaintiff,**

**AFFIDAVIT OF**
**RAYMOND HOULE**
REGARDING FACTS
SUPPORTING
JUDGMENT

     **against**

NLG, LLC,

                    **Defendant.**

—————————————————————

**STATE OF NEW YORK**

**COUNTY OF NEW YORK**          **ss.:**

    Raymond Houle, being duly sworn, deposes and says; that deponent is the Manager and duly authorized agent of the defendant Limited Liability Company and is duly authorized to make this Affidavit on behalf of the LLC defendant herein.

    This confession of judgment is for a debt justly due to the plaintiff arising from the following facts: Defendant has consistently abused its legal position by filing frivolous litigation documents, affidavits, pleadings, and motions, in and without the state, misrepresenting the truth concerning key facts regarding the mode of operation, personnel, employees, corporate documents and status of defendant; Defendant has failed to abide by rules of court with respect to discovery, disclosures and subpoena power of the court and counsel, and has made litigation process difficult, wasteful, and expensive to adversary/ies. All actions of Defendant constitute abuse of process and fraud upon the court and parties involved, who were unduly damaged by such fraudulent conduct and abuse of process by Defendant. The conduct of Defendant was intentional and malicious and calculated to cause additional expense, delay and harassment to defendant's adversaries; such conduct was illegal, improper, unethical and unnecessary to the administration of justice and process in these matters, giving Plaintiff a cause of action.

RAYMOND HOULE

Sworn to before me on the 21 day of February, 20 12.

Notary Public

Darius A. Marzec
Notary Public State of New York
No. 02MA6186309
Qualified in Queens County
Commission Expires 04/28/20 12

FILED

FEB 22 2012

COUNTY CLERK'S OFFICE
NEW YORK



**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**                                      Index No.

9197-5904 Quebec, Inc.,

                                      **Plaintiff,**

        **against**

NLG, LLC., A DELAWARE LIMITED LIABILITY
            COMPANY,

                                      **Defendant.**

---

**JUDGMENT BY CONFESSION**
**AFFIDAVIT OF JUDGMENT BY CONFESSION**

---

**ATTORNEYS FOR PLAINTIFF**
**Marzec Law Firm, P.C.**
**Darius A. Marzec, Esq.**
**225 Broadway, Suite 3000**
**New York, NY 10007**
**212-267-0200**

**FILED AND
DOCKETED**
FEB 2 2 2012
AT  10:25 A M
N.Y., CO. CLK'S OFFICE

---

**CERTIFICATION**

Pursuant to Section 130-1.1, the following documents are hereby certified:

By: Darius A. Marzec, Esq.
MARZEC LAW FIRM PC
Attorneys for Plaintiff
225 Broadway, Ste. 3000
New York, NY 10007
(212) 267-0200



# ATTACHMENT 'B'

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (3/2011)

**Supreme** COURT, COUNTY OF _NEW YORK_

Index No: _101875/2012_ Date Index Issued: _2/22/12_

**CAPTION**

004292

14M08405

9197-5904 QUEBEC, INC.

V.

NLG, LLC, a DELAWARE
LIMITED LIABILITY COMPANY  Plaintiff(s)/Petitioner(s)

-against-

SUPREME COURT
NEW YORK COUNTY
EX-PARTE MOTION PART

FEE PAID

MAY 08 2014

Defendant(s)/Respondent(s)

**MATRIMONIAL**

- ○ Contested
- ○ Uncontested

  **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum.**

**TORTS**

- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____
  (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____
  (specify)
- ○ Other Negligence: _____
  (specify)
- ○ Other Professional Malpractice: _____
  (specify)
- ○ Other Tort: _____
  (specify)

**OTHER MATTERS**

- ○ Certificate of Incorporation/Dissolution   [see NOTE under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ⦿ Other: VACATE JUDGMENT BY CONFESSION    (specify)

**COMMERCIAL**

- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____
  (specify)

  **NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the **COMMERCIAL DIV RJI Addendum.**

**REAL PROPERTY: How many properties does the application include?**

- ○ Condemnation
- ○ Foreclosure

  Property Address: _____
  Street Address     City     State     Zip

  **NOTE:** For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI Addendum.**

- ○ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ○ Other Real Property: _____
  (specify)

**SPECIAL PROCEEDINGS**

- ○ CPLR Article 75 (Arbitration)   [see NOTE under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement-Initial)
- ○ MHL Article 10 (Sex Offender Confinement-Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____
  (specify)
- ○ Other Special Proceeding: _____
  (specify)

- ○ Infant's Compromise
- ○ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice     Date Issue Joined: _____
- ○ Notice of Motion                          Relief Sought: _____     Return Date: _____
- ○ Notice of Petition                        Relief Sought: _____     Return Date: _____
- ☒ Order to Show Cause              Relief Sought: VACATE JUDGMENT   Return Date: _____
- ○ Other Ex Parte Application              Relief Sought: _____     BY CONFESSION
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other  (specify): _____

**RELATED CASES**

| Case Title | Index/Case No. | County | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| 9197.5904 Quebec INC. V. NLG. LLC | 151653 2013 | NY SUPREME | HAGLER | SAME PARTIES |

**PARTIES**

| Un-Rep | Parties (List parties in caption order and indicate party role(s) (e.g. defendant; 3rd-party plaintiff)) | Attorneys (Provide attorney name, firm name, address, phone number and e-mail address of all attorneys that have appeared in the case.) | Issue Joined | Requesting Party(ies) |
|---|---|---|---|---|
| ☐ | 9197-5904 QUEBEC, INC. Last Name / First Name Primary Role: Secondary Role (if any): | Last Name MARZEC   First Name DARIUS Firm Name THE MARZEC LAW FIRM Street Address 225 BROADWAY, #3000 City NEW YORK State NY Zip 10007 Phone _____ Fax _____ e-mail _____ | ○ YES ☒ NO | |
| ☐ | NLG, LLC Last Name / First Name Primary Role: Secondary Role (if any): | Last Name COSTO   First Name JAMES Firm Name 1 PARK PLACE #600 Street Address NEW YORK City NY State Zip 10007 Phone _____ Fax _____ e-mail _____ | ○ YES ☒ NO | |
| ☐ | Last Name First Name Primary Role: Secondary Role (if any): | Last Name 646-543-0406   First Name Firm Name COSTOLAW@GMAIL.COM Street Address City State Zip Phone Fax e-mail | ○ YES ○ NO | |
| ☐ | Last Name First Name Primary Role: Secondary Role (if any): | Last Name First Name Firm Name Street Address City State Zip Phone Fax e-mail | ○ YES ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

# **ATTACHMENT 'C'**

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _____*HAGLER*_____                    PART __*17*__
                              *Justice*

_____

*9197-5904 QUEBEC, INC.*                INDEX NO. __*101875/12*__

                                        MOTION DATE _____

        - v -                           MOTION SEQ. NO. ____*01*____

*NLG, LL.C.*                            MOTION CAL. NO. _____

_____

The following papers, numbered 1 to _____ were read on this motion to/for _____

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | _____ |
| Answering Affidavits — Exhibits _____ | _____ |
| Replying Affidavits _____ | _____ |

Cross-Motion:   ☐ Yes   ☐ No

Upon the foregoing papers, it is ordered that this ~~motion~~ OSC is declined as it has been abandoned for more than a month.

**MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE — FOR THE FOLLOWING REASON(S):**

# FILED

JUN 0 9 2014

**COUNTY CLERK'S OFFICE
NEW YORK**

SHLOMO HAGLER
J.S.C. J.S.C.

Dated: __*6/6/14*__          _____

Check one: ☒ FINAL DISPOSITION   ☐ NON-FINAL DISPOSITION

Check if appropriate:   ☐ DO NOT POST   ☐ REFERENCE

INDEX NO.:            101875-2012
PLAINTIFF:           9197-5904 QUEBEC, INC.
DEFENDANT:           NLG, L.L.C.
CASE STATUS:         DISPOSED
ACTION:              OTHER
LAST UPDATE:         06-22-2016 10:00AM
JUSTICE:             HAGLER, SHLOMO S.

Home / SCROLL / CASE INFORMATION

| | |
|---|---|
| **DATE CASE COMMENCED / BEGUN** | **02-22-2012** |
| **DATE RJI FILED WITH COUNTY CLERK** | **Friday, May 9, 2014** |
| | |
| **DISPOSITION DEADLINE** | **Tuesday, Aug 9, 2016** |
| **PRELIMINARY CONFERENCE HELD** | - |
| **COMPLIANCE CONFERENCE DATE HELD** | - |
| **DATE NOI DUE** | - |
| **DATE NOI WAS FILED** | - |
| | |
| **CASE DISPOSED / CONCLUDED** | **Friday, Jun 6, 2014** |

BACK   NEW SEARCH

**CASE INFORMATION:** Provides information on conferences held and case processing standards. The several deadlines listed are based upon the Differentiated Case Management track assigned and the standards associated therewith. The deadlines as shown here do not reflect any specific deadlines that may have been set by the Justice in a preliminary conference or other order, which control. See Uniform Rule 202.19.



# ATTACHMENT 'D'

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 101875/2012

-------------------------------------------------------------------X

9197-5904 QUEBEC INC
  Plaintiff,

               -against-

NLG LLC
                    Defendant.

-------------------------------------------------------------------

## ASSIGNMENT OF JUDGMENT

This indenture made the 30th day of April 2014, between 9197-5904 Quebec inc  a Canadian Corporation located at 5552 Queen Mary Road Suite #4, City of Hampstead,  State of Quebec, Canada H3X 1V9 party of the first part, and Selective Advisors Group, LLC, located at 16192 Coastal Highway Lewes. Delaware 19958 County of Sussex, party of the second part,

WHEREAS, on the 22nd day of February,2012 a judgment was entered in the Supreme Court, County of NY, in favor of 9197-5904 Quebec inc , and against NLG LLC, a Delaware Limited Liability Company located at 854 Pheasant Run Road, West Chester, PA in the sum of  $5,000,000.00 plus interest from February 22nd 2012 plus costs of $225.00, and said judgment was duly entered in the office of the Clerk of the County of New York State, NY on the 22nd day of February 2012.    .

NOW THIS INDENTURE WITNESSETH, that the said party of the first part, in consideration of $10 and other valuable consideration to them duly paid has sold, and by these presents does assign, transfer and set over, unto the said party of the second part, Selective Advisors Group, LLC, its executors, administrators, and assigns, the said judgment and all sum or sums of money that may be had or obtained by means thereof, or on any proceedings to be had thereupon.

Also, the said party of the first part does hereby constitute and appoint the said party of the second part, its executors, administrators, and assigns, their true and lawful attorney irrevocable, with power of substitution and revocation, for the use and at the proper costs and charges of the said party of the second part, to ask, demand, and receive, and to obtain executions, and take all lawful ways for the recovery of the money due or to become due on said judgment and on payment to acknowledge satisfaction, or to discharge the same; and attorneys one or more under them for the purpose aforesaid, to make and substitute, and at pleasure to revoke; hereby ratifying and confirming all that their said attorney or substitute shall lawfully do in the premises. Also, the said party of the first part does covenant, that that they will not collect or receive the full payment of the judgment, or any part thereof, nor release or discharge the said judgment but will allow all lawful proceedings therein to be taken by the said party of the second part, saving the said party of the fist part harmless of and from any costs in the premises.. This assignment is made without recourse to the party of the first part in any event whatsoever.

IN WITNESS WHEREOF, the party of the first part has hereunto set his hand and seal the day and year first above written.

On behalf of 9197-5904 QUEBEC INC :

*Raymond Houle*

RAYMOND HOULE, president

## ACKNOWLEGEMENT

State of _____ *Province* *Quebec* _____

County of _____ *D'Arcy McGee* _____ ss.:

On the __3__ day of __June__ in the year 20_14_, before me, Raymond Houle, personally appeared, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Pierette Dardif*

Notary Public

*Raymond Houle*

Raymond Houle

## CERTIFICATE OF CONFORMITY

I, *Pierette Tardif*, a duly licensed notary public in the Province of Quebec, Canada, affirm under penalty of perjury and certify that I witnessed the signature of Raymond Houle as applied to the document annexed to this certificate, which was signed and dated on June 3, 2014. The matter in which was signed was, and is, in accordance with, and conforms to, the laws for taking oaths at acknowledgments, in the Province of Quebec, Canada.

Dated: *June 3/ 2014*   *Pierette Dardif*

NOTARY PUBLIC
NAME:

COMMISSAIRE À L'ASSERMENTATION
PIERRETTE
TARDIF
# 198836

# ATTACHMENT 'E'

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
SELECTIVE ADVISORS GROUP, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
Assignee of 9197-5904 Quebec,Inc

<div style="margin-left:2em">Plaintiff,</div>

Index No:101875/2012
**SATISFACTION OF
JUDGMENT**

<div style="margin-left:2em">- against -</div>

NLG, LLC, A DELAWARE LIMITED LIABILITY
COMPANY,

<div style="margin-left:2em">Defendant.</div>
------------------------------------------------------------------X

<div style="text-align:right">2015 SEP -4  PM 3: 11  FILED COUNTY CLERK N.Y. COUNTY</div>

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above entitled action On February 22, 2012 In

favor of 9197-5904 QUEBEC, INC Against NLG, LLC In the sum of $5,000,000.00 plus

costs of $225.00, and said $5,000,225.00 judgment

Which was docketed in the Office of the Clerk of the County of New York, On February

22, 2012 and

WHEREAS said judgment has been assigned on April 30, 2014 to Selective Advisors

Group, LLC and

WHEREAS said judgment has been paid in full (Plaintiff has accepted a partial payment

that is hereby deemed as payment in full satisfaction of the judgment) on September 1,

2015 and the amount of $0.00 remains unpaid, and

It is certified that there is no outstanding execution with the Sheriff or Marshal within the

State of New York, and

WHEREAS the undersigned is the holder of said judgment and said judgment has not been

assigned,

THEREFORE, full satisfaction of the judgment is hereby acknowledged and said Clerk is

hereby authorized and directed to make an entry of said satisfaction on the docket of said

judgment.


IN WITNESS WHEREOF, the party of the first part has hereunto set his hand and seal the
day and year first above written.

<div style="text-align: right;">

On behalf of
SELECTIVE ADVISORS GROUP, LLC:

</div>

Dated: 9/3/15

Sean   Neil   Meehan ; Manager


<div style="text-align: center;">

ACKNOWLEGEMENT

</div>


COUNTY OF Canada


On the 3^{td} day of September in the year 2015 before me, Sean Neil Meehan, the
undersigned, personally appeared personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in
his/her/their capacities and that by his/her/their signature(s) on the instrument, the

individual(s), or the person upon behalf of which the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

_____
Sean Neil Meehan

## CERTIFICATE OF CONFORMITY

I, _DIANE BIBEAU_ , a duly licenced notary public in the province of _QUEBEC_ Canada, affirm under penalty of perjury and certify that I witnessed the signature of Sean Neil Meehan as applied to the document annexed to this certificate, which was signed and dated on September 3, 2015. The matter in which acknowledged, in accordance with, and conforms to, the laws for taking oaths at acknowledgements, in the province of Quebec, Canada.

Dated: September 3th 2015

_____
NOTARY PUBLIC
NAME:

<u>AFFIRMATION OF SERVICE</u>

STATE OF NEW YORK     )
                             )      SS.:
COUNTY OF NEW YORK  )

I, James Vlahadamis, being sworn, say, I an attorney duly admitted to practice law in the State of New York.  On September 3, 2015, I served the within Notice of Filing of Judgment Satisfaction and Satisfaction of Judgment by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after the name:


TO:    THE LAW OFFICES OF ARI MOR, ESQ
        347 E 65th Street, Suite 2RW
        New York, New York 2RW
        (347) 850-0578
        ari.mor.esq@gmail.com

        ATTORNEY FOR DEFENDANT
        NLG, LLC, a Delaware Limited Company

        JONATHAN M. BORG BEDELL & FORMAN LLP
        44 Wall Street, 10th Floor
        (646) 219-7551
        jborg@bedell-forman.com

        ATTTORNEY FOR ADR MIAMI LLC ("ADRM")


Vlahadamis & Hillen, LLP

                              By:    */s/ James F. Vlahadamis*
                                       James F. Vlahadamis, Esq.
                                       148 E. Montauk Highway
                                       Suite 3
                                         Hampton Bays, New York 11946

AFFIRMATION OF SERVICE

STATE OF NEW YORK          )
                                              )     SS.:
COUNTY OF NEW YORK  )

I, James Vlahadamis, being sworn, say, I an attorney duly admitted to practice law in the State of New York.  On September 3, 2015, I served the within Notice of Filing of Judgment Satisfaction and Satisfaction of Judgment by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following person at the last known address set forth after the name:

TO:    THE LAW OFFICES OF ARI MOR, ESQ
        347 E 65th Street, Suite 2RW
        New York, New York 2RW
        (347) 850-0578
        ari.mor.esq@gmail.com

        ATTORNEY FOR DEFENDANT
        NLG, LLC, a Delaware Limited Company

        JONATHAN M. BORG BEDELL & FORMAN LLP
        44 Wall Street, 10th Floor
        (646) 219-7551
        jborg@bedell-forman.com

        ATTTORNEY FOR ADR MIAMI LLC ("ADRM")

Vlahadamis & Hillen, LLP

                        By:    /s/ James F. Vlahadamis
                                James F. Vlahadamis, Esq.
                                148 E. Montauk Highway
                                Suite 3
                                Hampton Bays, New York 11946



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X
SELECTIVE ADVISORS GROUP, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
Assignee of 9197-5904 Quebec Inc
      Plaintiff,        Index No:101875/2012

                                            **NOTICE OF FILING**
                                            **SATISFACTION OF**
        - against -                      **JUDGMENT**

NLG, LLC, A DELAWARE LIMITED LIABILITY
COMPANY,
                          Defendant.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Plaintiff-Assignee Selective Advisors Group, LLC is

hereby filing a Satisfaction of Judgment.

Dated: September 3, 2015
      New York, New York


Vlahadamis & Hillen, LLP

                         By:    */s/ James F. Vlahadamis*
                                  James F. Vlahadamis, Esq.
                                  148 E. Montauk Highway
                                  Suite 3
                                  Hampton Bays, New York 11946


TO:    THE LAW OFFICES OF ARI MOR, ESQ
        347 E 65th Street, Suite 2RW
        New York, New York 2RW
        (347) 850-0578
        ari.mor.esq@gmail.com

        ATTORNEY FOR DEFENDANT
        NLG, LLC, a Delaware Limited Company

JONATHAN M. BORG BEDELL & FORMAN LLP
44 Wall Street, 10th Floor
(646) 219-7551
jborg@bedell-forman.com

ATTTORNEY FOR ADR MIAMI LLC ("ADRM")

```
                   JUDGMENT DOCKET UPDATE CONTINUED
                CONTROL NUMBER : 002949508 - 01

                     *** CREDITOR ATTORNEY ***
NAME    FORMAT C   : MARZEE LAW FIRM P C
   ADDRESS   NUMBER: 225      STREET:  BROADWAY SUITE 3000
             CITY  : NEW YORK NY           ZIP CODE:  10007
                     *** SATISFACTION DATA ***


              TYPE:                   SHERIFF'S EXECUTION:
              DATE:      /     /      OPERATOR ID:



         REMARKS: Y    (Y OR N)
```

```
MAKE CHANGES AND PRESS ENTER
PRESS: PF2- CANCEL UPDATE, PF7- RETURN TO THE FIRST PAGE, ENTER- UPDATE RECORD
```

```
USER:  WERNHAM  COUNTY CLERKS OFFICE  NEW YORK          DATE:  06/17/2014
TERM:  PF24      JUDGMENT DOCKET BOOK UPDATE            TIME:  16:37:40
            CONTROL NUMBER : 002949508 - 01


     *** DOCKETING DATA ***        *** SOURCE DOCUMENT ***
DOCKETING DATE:  02 / 22 / 2012          TYPE: J   JUDGMENTS
          TIME:  10 : 25             COUNTY: 31   NEW YORK
EFFECTIVE DATE : 02 / 22 / 2012       COURT: S   SUPREME COURT
          TIME:  10 : 25          TOTAL DEBTORS: 01
CLERK/SEQ #  :  ESMITH1    001    INDEX NUMBER: 101875/12
            *** DEBTOR/CORPORATION ***
NAME    FORMAT C  : NLG LLC A DELAWARE LIMITED LIABILITY CO
   ADDRESS   NUMBER: 6499    STREET:  NORTH POWERLINE RD STE304
            CITY  : FT LAUDERDALE FL      ZIP CODE:  33309
   OCCUPATION      :
               *** CREDITOR ***
NAME    FORMAT C  : 9197-5904 QUEBEC INC
   ADDRESS   NUMBER: 3765    STREET:  SAINT-KEVIN STE 9
            CITY  : MONTREAL QUEBEC      ZIP CODE:  00000


        AMOUNT:      $5000225.00
   INTERIM DISPOSITION:
MAKE CHANGES AND PRESS ENTER
PRESS: PF1- HELP, PF2- CANCEL UPDATE, PF8- 2ND PAGE DATA, ENTER- UPDATE RECORD
```

```
USER:  WERNHAM   COUNTY CLERKS OFFICE  NEW YORK        DATE:  06/17/2014
TERM:  PF24       JUDGMENT DOCKET AND LIEN BOOK SYSTEM      TIME:  16:37:44
                          REMARKS UPDATE                LAST PAGE: 0001
BOOK TYPE: 01                              CONTROL NUMBER: 002949508 - 01

  DATE                              REMARKS
02222012 CREDITOR'S ADDRESS IS AS FOLLOWS:
02222012 3765 SAINT-KEVIN, SUITE 9
02222012 MONTREAL, QUEBEC H3T 1H8
02222012 CANADA
02222012 DEBTOR: NLG LLC, A DELAWARE LIMITED LIABILITY COMPANY
06172014 JUDGMENT ASSIGNED TO: SELECTIVE ADVISORS GROUP, LLC DOING BUSINESS AT
06172014 16192 COASTAL HIGHWAY, LEWES, DELAWARE 19958, COUNTY OF SUSSEX.
```

PRESS:PF1- HELP, PF2- RETURN, PF7- SCR UP, PF8- SCR DOWN, ENTER- APPLY UPDATES

# ATTACHMENT 'F'

# 101875 /2012

Plaintiff : **9197 5904 QUEBEC INC**

Plaintiff Attorney :

Defendant : **NLG LLC**

Defendant Attorney :

Remarks :

Opened : **09/30/2012**

Type : **Supreme Court General Index Reg. (General)**

| Filed | Actions | Rec. Room |
|-------|---------|-----------|
| 09/08/2014 | SUPPLEMENTAL AFFIRMATION | 09/30/2014 |
| 09/08/2014 | MEMORANDUM OF LAW | 10/01/2014 |
| 11/06/2014 | ORDER TO SHOW CAUSE FEE PAID | ------- |
| 12/04/2014 | AFFIRMATION IN OPPOSITION SEQ 004 | 12/16/2014 |
| 12/04/2014 | AFFIRMATION OF SERVICE, SEQ 004 | 12/16/2014 |
| 12/04/2014 | ORDER TO SHOW CAUSE ON AN APPLICATION TO WITHDRAW AS COUNSEL, SEQ 004 | 12/16/2014 |
| 12/04/2014 | ORDER SIGNED IAS PT 17 SEQ 004 MOTION IS GRANTED | 12/05/2014 |
| 01/15/2015 | NOTICE OF APPEARANCE | 01/16/2015 |
| 03/02/2015 | ORDER TO SHOW CAUSE FEE PAID | ------- |
| 03/17/2015 | RECEIVED PAPERS SEQ 005 | 03/17/2015 |
| 03/17/2015 | ORDER SIGNED PT 17 SEQ 005 MOTION IS DENIED | 03/17/2015 |
| 03/17/2015 | ORDER TO SHOW CAUSE ON AN APPLICATION TO HAVE FORMER COUNSEL JOSEPH J. NEIRMAN..., SEQ 005 | 03/17/2015 |
| 03/17/2015 | AFFIRMATION IN OPPOSITION SEQ 005 | 03/17/2015 |
| 05/15/2015 | ORDER TO SHOW CAUSE FEE PAID | ------- |
| 05/19/2015 | RECEIVED PAPERS SEQ#002 | 05/19/2015 |
| 05/19/2015 | CROSS MOTION SEQ#002 | 05/19/2015 |
| 05/19/2015 | DECISION AND ORDER SEQ SEQ#001 | 05/19/2015 |
| 05/19/2015 | AFFIRMATION OF SERVICE SEQ#002 | 05/19/2015 |
| 05/19/2015 | AFFIRMATION REPLY SEQ#002 | 05/19/2015 |
| 05/19/2015 | AFFIRMATION OF SERVICE SEQ#002 | 05/19/2015 |
| 05/19/2015 | AFFIRMATION OF SERVICE SEQ#001 | 05/19/2015 |
| 05/19/2015 | affirmation exhibits | 05/20/2015 |
| 05/19/2015 | AFFIDAVIT | 05/20/2015 |
| 05/19/2015 | AFFIDAVIT | 05/20/2015 |
| 05/19/2015 | ORDER SIGNED IAS PART 17 SEQ 03 MOTION IS MARKED OFF CALENDAR PENDING AN AUTOMATIC STAY IN THE BANKRUPTCY CASE | 05/19/2015 |
| 05/19/2015 | ORDER SIGNED IAS PART 17 SEQ 02 MOTION IS MARKED OFF CALENDAR PENDING A STAY IN THE BANKRUPTCY COURT | 05/19/2015 |
| 05/19/2015 | RECEIVED PAPERS | 05/19/2015 |

NYCCO Name/Index Details

| | | |
|---|---|---|
| 05/19/2015 | AFFIRMATION | 05/19/2015 |
| 05/19/2015 | ORDER TO SHOW CAUSE | 05/19/2015 |
| 05/19/2015 | AFFIDAVIT amended | 05/19/2015 |
| 05/19/2015 | NOTICE OF APPEARANCE | 05/19/2015 |
| 05/19/2015 | AFFIDAVIT | 05/19/2015 |
| 05/19/2015 | notice | 05/19/2015 |
| 05/19/2015 | notice | 05/19/2015 |
| 05/19/2015 | AFFIDAVIT | 05/19/2015 |
| 06/23/2015 | IAS PART 17 SEQ 06 MOTION IS MARKED OFF-CALENDAR | 06/23/2015 |
| 06/23/2015 | AFFIDAVIT IN SUPPORT, SEQ 006 | 06/25/2015 |
| 06/23/2015 | AFFIRMATION OF EMERGENCY, SEQ 006 | 06/25/2015 |
| 06/23/2015 | MEMORANDUM OF LAW OF NON-PARTY ADR MIAMI, LLC IN SUPPORT OF ITS MOTION..., SEQ 006 | 06/25/2015 |
| 06/23/2015 | ORDER TO SHOW CAUSE SEQ 006 | 06/25/2015 |
| 06/23/2015 | ORDER TO SHOW CAUSE SEQ 006 | 06/25/2015 |
| 10/29/2015 | AFFTS,NOTICE OF MOTION FEE PAID | ------- |
| 11/16/2015 | ORDER TO SHOW CAUSE FEE PAID | ------- |
| 11/16/2015 | AFFTS,NOTICE OF MOTION seq 007 | 11/16/2015 |
| 11/16/2015 | LETTER | 11/16/2015 |
| 11/16/2015 | PT 17 SEQ 007 MOTION IS PERMITTED TO BE WITHDRAWN PER LETTER | 11/16/2015 |
| 12/22/2015 | IAS PART 17 SEQ 8 - MOTION DENIED | 12/22/2015 |
| 12/22/2015 | ORDER TO SHOW CAUSE seq 008 | 12/22/2015 |
| 02/01/2016 | DEFENDANT NLG,LLC'S NOTICE OF REMOVAL | 02/01/2016 |

Total Row Count in Report- 49

# ATTACHMENT 'G'

12/15

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

**PRESENT:** _SHLOMO HAGLER_
_J.S.C._
_Justice_

PART _17_

9197-5904 Quebec, Inc

-v-

NLG, LLC

INDEX NO. _101875/12_

MOTION DATE _____

MOTION SEQ. NO. _008_

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits   _____   | No(s). _____

Answering Affidavits — Exhibits _____   | No(s). _____

Replying Affidavits _____   | No(s). _____

Upon the foregoing papers, it is ordered that this motion is   ~~denied~~

non-appearance reconsider.

FILED
DEC 22 2015
NEW YORK
COUNTY CLERK'S OFFICE

RECEIVED
GENERAL CLERK'S OFFICE
NYS SUPREME COURT - CIVIL

Dated: _12/21/15_

SHLOMO HAGLER
J.S.C.                    , J.S.C.

CHECK ONE: ....................................................... ☐ CASE DISPOSED        ☑ NON-FINAL DISPOSITION

CHECK AS APPROPRIATE: ...........................MOTION IS: ☐ GRANTED ☑ DENIED   ☐ GRANTED IN PART   ☐ OTHER

☐ SUBMIT ORDER